1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  JONI JAMES,                          )    No.  EDCV 11-01877 JCG
11                                       )
12       Plaintiff,                      )    ORDER AWARDING EAJA FEES
                                         )
13       v.                              )
                                         )
14                                       )
    MICHAEL J. ASTRUE,                   )
15  Commissioner Of Social Security,     )
16                                       )
         Defendant.                      )
17  _____     )

18
19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20       IT IS ORDERED that EAJA fees are awarded in the amount of THREE

    THOUSAND SIXTY FIVE DOLLARS AND 94/100 ($3,065.94) subject to the terms
21
22  of the stipulation.

         DATE: October 29, 2012        _____
23
24                                     HON. JAY C. GANDHI
                                       UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                     -1-